**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE-AUBURN DIVISION**

| | | |
|---|---|---|
| DARCIE ALLEN | ) | Case No. 5:17-cv-00144-MAD-ATB |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| RIEHLMAN, SHAFER & SHAW, LLC | ) | |
| Defendant. | ) | |

Notice is hereby given that the parties have reached a settlement as to the amount of reasonable attorneys' fees and court costs. The parties will submit a proposed final judgment early next week.

Dated April 14, 2017.

Respectfully submitted,

s/ Russell S. Thompson IV
Russell S. Thompson, IV
Northern District Bar No. 518563
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on April 14, 2017, Plaintiff's Notice of Settlement was filed with the Clerk of the U.S. District Court for the Northern District of New York using the CM/ECF system. I further certify that on April 14, 2017 a copy of the foregoing was served on Defendant through counsel by U.S. Mail with courtesy copy delivered by email as follows:

    Louise M. Thurlow
    Riehlman, Shafer & Shaw, LLC
    7693 Route 281
    Tully, NY 13159
    lthurlow@riehlmanshafer.com
    Attorney for Defendant

                                        s/ Tremain Davis
                                        Tremain Davis