UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE-AUBURN DIVISION

| | |
|---|---|
| DARCIE ALLEN | Case No. 5:17-cv-00144-MAD-ATB |
| Plaintiff, | **STIPULATION REGARDING ATTORNEYS' FEES AND COURT COSTS** |
| vs. | |
| RIEHLMAN, SHAFER & SHAW, LLC | |
| Defendant. | |

The parties to the above captioned action, through their respective attorneys, hereby stipulate and agree to resolve the issue of attorneys' fees and court costs by way of settlement. The settlement comprises (1) $1,001.00 in statutory damages, (2) $3,018.20 in attorneys' fees, and (3) $480.80 in court costs.

Dated April 19, 2017.

| | |
|---|---|
| s/ Russell S. Thompson IV | s/ Louise M. Thurlow |
| Russell S. Thompson, IV | Louise M. Thurlow |
| Northern District Bar No. 518563 | Northern District Bar No. 501524 |
| Thompson Consumer Law Group, PLLC | Riehlman, Shafer & Shaw, LLC |
| 5235 E. Southern Ave., D106-618 | 7693 Route 281 |
| Mesa, AZ 85206 | Tully, NY 13159 |
| Telephone: (602) 388-8898 | Telephone: (315) 696-6347 |
| Facsimile: (866) 317-2674 | Facsimile: (315) 696-0243 |
| rthompson@consumerlawinfo.com | lthurlow@riehlmanshafer.com |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I certify that on April 19, 2017, the foregoing Stipulation Regarding Attorneys' Fees and Costs was filed with the Clerk of the U.S. District Court for the Northern District of New York using the CM/ECF system which will send notification of such filing to counsel of record as follows:

Louise M. Thurlow
Riehlman, Shafer & Shaw, LLC
7693 Route 281
Tully, NY 13159
lthurlow@riehlmanshafer.com
Attorney for Defendant

s/ Tremain Davis
Tremain Davis